IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO


RECEIVED AND FILED
JUN 23 AM 9: 35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

| | |
|---|---|
| ALEJO MALDONADO MEDINA<br>Plaintiff<br>v.<br>J. A. GARCIA, WARDEN<br>Defendant | Civil No. 97-1841 (DRD) |

### ORDER

On June 15, 1998, the Court appointed Rafael E. Castro Lang, Esq. as Counsel for Plaintiff subject to the possibility that Counsel Lang express his unavailability to accept the Court's appointment within ten (10) days from the Order. (Docket No. 6). More than two (2) years have passed since said Order and yet Counsel Lang has never expressed his unavailability to represent Plaintiff. Accordingly, the Court finds that Counsel Lang implicitly accepted the Court's appointment. Moreover, because two (2) years have passed and neither Plaintiff's counsel nor Plaintiff himself have appeared before the Court or filed any motion indicating a continued interest in this case, the Court orders Plaintiff to show cause within thirty (30) days why this case should not be dismissed for lack of prosecution.

This Order is to be notified both to Counsel Lang and the Plaintiff.

IT IS SO ORDERED.

DATE: June 19, 2000

N\97-1841 osc

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE