IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ALEJO MALDONADO-MEDINA

Petitioner

v.

J.A. GARCIA, WARDEN

Respondent

CIVIL NO. 97-1841(DRD)

Section 2241

| MOTION | |
|---|---|
| Docket No. __11__ | Date Filed: 7/21/2000 |

Title: Motion Submitting Additional Documentation in Support of Habeas Corpus Petition

| ORDER |
|---|
| GRANTED. |

Date: 7/24/2000

*[signature]*

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

RECEIVED & FILED
'00 JUL 28 AM 7:51
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.