IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ALEJO MALDONADO-MEDINA

Petitioner

v.

J.A. GARCIA, WARDEN,

Respondent

CIVIL NO. 97-1841(DRD)

Section 2241

## ORDER

| MOTION | RULING |
|---|---|
| Docket No. 14<br><br>Motion for Extension of Time to File a Reply to Government's Motion to Dismiss | GRANTED. Respondent shall file a Reply no later than Friday, September 15, 2000. |

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 18 day of August, 2000.

DANIEL R. DOMINGUEZ
U.S. District Judge