UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ALEJO MALDONADO MEDINA,
    Petitioner,

v.    CIVIL NO. 97-1841(DRD)

J. A. GARCIA, WARDEN,
    Respondent.

## ORDER

    Pending before the Court is Respondent's motion to dismiss (Docket No. 13) and Petitioner's opposition thereto (Docket No. 16). The Court hereby refers this case to U.S. Magistrate Judge Aida Delgado for a Report and Recommendation on the disposition of the pending motions. Local Rule 503.1(D); Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1)(B).
    IT IS SO ORDERED.

Date: October 16, 2000

DANIEL R. DOMINGUEZ
U.S. District Judge

P:\PEACHORD ERS\97-1841 REF

RECEIVED AND FILED
00 OCT 17 AM 8:32
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Rec'd:    EOD:

By:    # 19