UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ALEJO MALDONADO MEDINA,
Petitioner,

v.                                                      Case Number: 97-1841(DRD)

J.A. GARCIA, Warden,
Respondent.

### ORDER

Plaintiff is forewarned that the Hon. Magistrate Judge has discretion pursuant to Local Rule 510.2(A) to shorten and/or extend the term to file objections to the Report and Recommendation entered in this case on March 19, 2001. In this particular case te Magistrate has shortened the term to five days. The Court reiterates that **NO EXTENSIONS SHALL BE GRANTED**.

**IT IS SO ORDERED**.

March 21, 2001.

DANIEL R. DOMINGUEZ
U.S. District Judge