UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ALEJO MALDONADO MEDINA,
Plaintiff,

v.                                      CASE NUMBER: 97-1841 (DRD)

J.A. GARCIA, Warden,
Defendant.

## JUDGMENT

In accordance with the order issued on this same date, the Magistrate's Report and Recommendation is **ADOPTED** *in toto* and respondent's Motion to Dismiss is **GRANTED in part** and **DENIED in part**. The Court hereby **DISMISSES** this case **WITHOUT PREJUDICE**.

**IT IS SO ADJUDGED AND DECREED.**

Date: March 30, 2001.

DANIEL R. DOMINGUEZ
U.S. District Judge

AO 72
(Rev.8/82)