IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ALEJO MALDONADO-MEDINA
    Petitioner

v.

    Civil No. 97-1841 (DRD)

J. A. GARCIA, Warden
    Respondent

## ORDER

Petitioner is to take notice that:

1. Petitioner remains represented by counsel; thus, it was counsel the party to be notified.

2. Defense counsel was given proper notice of the contents of the Report and Recommendation.

3. Defense counsel filed objections to the undersigned's Report and Recommendation within the time provided for said purpose.

Petitioner's letter is to be filed and made part of the record.

**SO ORDERED.**

At San Juan, Puerto Rico, on this 11th day of June, 2001.

AIDA M. DELGADO-COLON
U.S. Magistrate-Judge

